COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Neal Everett Bland v. The State of Texas

Appellate case number:     01-16-00117-CR

Trial court case number:     1372425

Trial court:                         185th District Court of Harris County

On March 14, 2017, we granted appointed counsel Thomas Lewis's motion to substitute and directed the Clerk of this Court to note Carvana Hicks Cloud's withdrawal as appellant's retained counsel and substitute Thomas Lewis as appointed counsel for appellant on the docket of this Court. We further ordered Lewis, no later than April 13, 2017, to notify the Court of his intent to adopt the Appellant's Brief, filed on November 30, 2016, or to file an amended brief on appellant's behalf. Appellant has filed a motion for an extension of time to file an amended brief or notify the Court of his intent to adopt the previously filed brief. Appellant also requests that the Court "issue an order to Carvana Cloud to promptly return the trial record to the District Clerk's Office."

We **grant** appellant's motion for an extension of time. Appointed counsel, Thomas Lewis, is directed to notify the Court that he adopts the Appellant's Brief, filed on November 30, 2016, or to file an amended brief on appellant's behalf no later than June 12, 2017.

We **deny** appellant's request for an order of this Court directing Cloud to return the trial record to the district clerk's office. Counsel may contact the Clerk of this Court regarding obtaining the appellate record or access the record, other than sealed records or electronic exhibits, through the Texas Appellate Management and eFiling System (TAMES) Attorney Portal.

It is so ORDERED.

Judge's signature:  /s/ Russell Lloyd
                              ☑ Acting individually     ☐ Acting for the Court

Date:  April 20, 2017